UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## EXHIBIT LIST --- CRIMINAL

```
☒ FILED      ___ LODGED
___ RECEIVED ___ COPY

MAR 0 2 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SMH              DEPUTY
```

☒ Detention Hearing     ☐ Non-Jury Trial     ☐ Jury Trial

USA vs. Garza, Johnny R.                    20-mj-03024-MTM
Last, First, Middle Initial                 Year-Case No-Deft No-Judge

☒ GOVERNMENT            ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | 3-2-20 | 3-2-20 | Garza's Screen Saver--Swastika |
| 2. | 3-2-20 | 3-2-20 | Garza's Hard-drive with Pepe the Frog |
| 3. | 3-2-20 | 3-2-20 | CD cover with German SS Soldiers |
| 4. | 3-2-20 | 3-2-20 | Clothing associated with Neo-Nazis (3 T-shirts and Nazi Uniform) |
| 5. | 3-2-20 | 3-2-20 | Hat from Nazi Uniform |
| 6. | 3-2-20 | 3-2-20 | Nazi propaganda patches |
| 7. | 3-2-20 | 3-2-20 | Sonnenrad Flag (Black Sun) |
| 8. | 3-2-20 | 3-2-20 | Flyer—"Your Actions Have Consequences" |
| 9. | 3-2-20 | 3-2-20 | Flyer—"Two Can Play at This Game" |
| 10. | 3-2-20 | 3-2-20 | Flyer—"We are Watching" |
| 11. | 3-2-20 | 3-2-20 | Four Victim Letters |