| FILED | ___ LODGED |
|---|---|
| ___ RECEIVED | ___ COPY |

MAR 0 2 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY  S M H  DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
v. ) Case No. 20-MJ-03024-MTM
Johnny GARZA )
_Defendant_ ) Charging District's Case No. MJ 20-085

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of Washington.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[X] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
[ ] preliminary hearing and/or [ ] detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3 2 20

_Defendant's signature_

_Signature of defendant's attorney_

RICHARD J SUZUKI
_Printed name of defendant's attorney_